IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

MARY BLANCO,

    Plaintiff,

v.

    CASE NO.: _____
    DIVISION: _____

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## COMPLAINT

Plaintiff, MARY BLANCO, sues Defendant, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, and alleges:

1. This is an action for damages in excess of Seventy-Five Thousand and no/100 ($75,000.00) Dollars.

2. Plaintiff is a resident of Escambia County, Florida.

3. Defendant is licensed and doing business in the State of Florida.

4. On or about February 12, 2016, Plaintiff was operating a motor vehicle on U.S. Highway 90, Milton, Santa Rosa County, Florida.

5. On or about February 12, 2016, Elizabeth Jane Patterson negligently operated and maintained a motor vehicle so that it collided with the Plaintiff's motor vehicle. Patterson was an uninsured/underinsured motorist under Florida law.

6. As a result of the negligence of Patterson, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff

will suffer the losses in the future.

7. On or about February 12, 2016, the Plaintiff had in full force and effect automobile liability insurance, policy number PPCM0023991643, with Defendant, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, affording underinsured motorist coverage. A copy of the policy disclosure of said policy is attached hereto as Exhibit "A." Because the negligent driver was an underinsured motorist, Plaintiff is entitled to recover damages under this policy.

8. The Defendant has failed to settle the claims of the Plaintiff relative to the Plaintiff's aforementioned policy.

WHEREFORE, Plaintiff, MARY BLANCO, demands judgment against the Defendant, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

DATED this **19th** day of May, 2017.

/s/ Stephen F. Bolton
_____
STEPHEN F. BOLTON
Florida Bar Number 327859
sbolton@hookbolton.com *(primary)*
MICHAEL D. HOOK
Florida Bar Number 309826
mhook@hookbolton.com *(primary)*
eservice@hookbolton.com *(secondary)*
**HOOK & BOLTON, P.A.**
3298 Summit Blvd Ste 22
Pensacola, Florida 32503
Telephone: (850) 433-0809
Facsimile: (850) 433-8284
Attorneys for Plaintiff

☐ **Allied**
  Insurance

Prepared on January 20, 2016    Page 1 of 4

# Your Policy Declarations

**Personal Auto Policy**
Policy Period: Aug 28, 2015 - Feb 28, 2016
Policy Number:  PPCM0023991643-3
Account Number:  7788219300

**Policyholder (Named Insured):**
Mary M. Blanco
Joseph Blanco
1204 Bluefox Pl
Pensacola, FL 32514-1636

Keep these Declarations for your records.

## Your carrier is  Allied Property & Casualty Insurance Company, NAIC #42579.

### General Policy Information

**Issued: January 20, 2016**
These Declarations are a part of the policy named above and identified by the policy number above. They supersede any Declarations issued earlier. Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured vehicle as indicated. Your policy complies with the motorist's financial responsibility laws of your state only for vehicles for which Property Damage and Bodily Injury Liability coverages are provided.

**Policy Period: August 28, 2015 - February 28, 2016**  but only if the required premium for this period has been paid and only for six month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. Standard time at the address of the named insured stated herein. This policy term expires at 12:01 a.m. at the address of the named insured stated herein.

### How You Saved on this Policy with Allied

- Accident Free
- Anti-Theft Device
- Anti-Lock Brakes Discount
- Air Bag Discount
- Financial Stability Discount
- Multi-Car Discount
- Safe Driver
- Homeowner

Thank you for being a long-term customer.

### Insured Drivers

| Name | Date of Birth | Marital Status | License Number |
|---|---|---|---|
| Mary M. Blanco | 05/26/64 | Married | XXXXXXXXX6860 |
| Joseph Blanco | 11/22/57 | Married | XXXXXXXXX4220 |
| Cathryn E. Blanco | 08/18/95 | Single | XXXXXXXXX7980 |
| Anthony C. Blanco | 11/08/97 | Single | XXXXXXXXX4080 |

### Changes Made to Your Policy

- Added - 03 Dodg
- Rating Adjustment For Driver Assignment Changed - 01 Dodg
- Rating Adjustment For Driver Assignment Changed - 89 Chev

Effective date for all changes January 19, 2016


EXHIBIT "A"

A1501 (07-10)

Continued on the next page

☐ **Allied**
Insurance

For coverage definitions and descriptions,
visit www.alliedinsurance.com

Prepared on January 20, 2016    Page 2 of 4

## Your Policy Declarations

**Personal Auto Policy**
Policy Period: Aug 28, 2015 - Feb 28, 2016
Policy Number:   **PPCM0023991643-3**
Account Number:  **7788219300**

## Insured Vehicles and Schedule of Coverages

### 2001 Dodge Gr Cara Es
VIN 2B8GP54L21R322847

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $500,000 Per Person<br>$500,000 Per Occurrence | | $452.71 |
| Property Damage Liability | $100,000 Per Occurrence | | $157.62 |
| Medical Payments | $5,000 Per Person | | $24.58 |
| Uninsured Motorist Bodily Injury | $500,000 Per Person<br>$500,000 Per Occurrence<br>Non-Stacked | | $186.18 |
| Comprehensive | Actual Cash Value | Less A $500 Deductible | $50.12 |
| Collision | Actual Cash Value | Less A $500 Deductible | $185.30 |
| Personal Injury Protection | $10,000 Full Coverage<br>Work Loss Included | No Deductible | $80.20 |
| | | **Total for this Vehicle** | **$1,136.71** |

### 1989 Chevrolet Pickup1500
VIN 2GCEC19K3K1156029



| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $500,000 Per Person<br>$500,000 Per Occurrence | | $484.43 |
| Property Damage Liability | $100,000 Per Occurrence | | $170.80 |
| Medical Payments | $5,000 Per Person | | $34.37 |
| Uninsured Motorist Bodily Injury | $500,000 Per Person<br>$500,000 Per Occurrence<br>Non-Stacked | | $186.18 |
| Comprehensive | Actual Cash Value | Less A $500 Deductible | $25.87 |
| Collision | Actual Cash Value | Less A $500 Deductible | $92.85 |
| Personal Injury Protection | $10,000 Full Coverage<br>Work Loss Included | No Deductible | $109.18 |
| | | **Total for this Vehicle** | **$1,103.68** |

### 2003 Lincoln Aviator
VIN 5LMEU68H83ZJ23335

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $500,000 Per Person<br>$500,000 Per Occurrence | | $512.01 |
| Property Damage Liability | $100,000 Per Occurrence | | $185.71 |
| Medical Payments | $5,000 Per Person | | $23.22 |
| Uninsured Motorist Bodily Injury | $500,000 Per Person<br>$500,000 Per Occurrence<br>Non-Stacked | | $186.18 |
| Comprehensive | Actual Cash Value | Less A $250 Deductible | $88.82 |
| Collision | Actual Cash Value | Less A $500 Deductible | $233.41 |
| Loss Of Use | $40 Per Day/$1200 Maximum | | $17.89 |
| Personal Injury Protection | $10,000 Full Coverage<br>Work Loss Included | No Deductible | $76.17 |
| | | **Total for this Vehicle** | **$1,323.41** |

A1501 (07-10)

☐ **Allied**
Insurance

Prepared on January 20, 2016    Page 3 of 4

# Your Policy Declarations

**Personal Auto Policy**
Policy Period: Aug 28, 2015 - Feb 28, 2016
Policy Number:   **PPCM0023991643-3**
Account Number: **7788219300**

## Insured Vehicles and Schedule of Coverages

### 2003 Dodge Ram Pu1500
VIN 1D7HU18D43S225542

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Bodily Injury Liability | $500,000 Per Person<br>$500,000 Per Occurrence | | $586.58 |
| Property Damage Liability | $100,000 Per Occurrence | | $218.45 |
| Medical Payments | $5,000 Per Person | | $24.19 |
| Uninsured Motorist Bodily Injury | $500,000 Per Person<br>$500,000 Per Occurrence<br>Non-Stacked | | $186.18 |
| Comprehensive | Actual Cash Value | Less A $250 Deductible | $133.00 |
| Collision | Actual Cash Value | Less A $500 Deductible | $208.15 |
| Loss Of Use | $40 Per Day/$1200 Maximum | | $17.89 |
| Personal Injury Protection | $10,000 Full Coverage<br>Work Loss Included | No Deductible | $79.05 |
| | | **Total for this Vehicle** | **$1,453.49** |

## Policy Level Schedule of Coverages

| | | | |
|---|---|---|---|
| Roadside Assistance | Up to 15 Miles/$100 Lockout | | $10.00 |
| | | **Total for Policy Coverages** | **$10.00** |



Continued on the next page

A1501 (07-10)

☐ **Allied**
Insurance

Prepared on January 20, 2016   Page 4 of 4

## Your Policy Declarations

**Personal Auto Policy**
Policy Period: Aug 28, 2015 - Feb 28, 2016
Policy Number: **PPCM0023991643-3**
Account Number: **7788219300**

## Premium Summary

| | |
|---|---|
| 2001 Dodge Gr Cara Es | $1,136.71 |
| 1989 Chevrolet Pickup1500 | $1,103.68 |
| 2003 Lincoln Aviator | $1,323.41 |
| 2003 Dodge Ram Pu1500 | $1,453.49 |
| Total For Policy Coverages | $10.00 |

**Total Policy Premium**   **$5,027.29**

### Policy Form and Endorsements

| | |
|---|---|
| ASP1001 (1111) | Signature Page |
| A1001FL (0515) | Florida - Your Auto policy |
| A2030FL (1113) | Roadside Assistance |
| A2041FL (0710) | Uninsured Motorists - Non-Stacked |
| A2063FL (0711) | Loss of Use Comprehensive or Collision Coverages - Rental Days Plus |



For Office Use Only:

02/28/09
Terr: 401
  289.82

Issued By: Allied Property & Casualty Insurance Company, Des Moines, IA
Countersigned at: Des Moines, IA
By: Florida Insurance Agency

**How to Contact Us**
Your Allied Agent           FLORIDA INSURANCE AGENCY 850.477.2511
Customer Service            1.800.282.1446
Internet                    www.alliedinsurance.com
24-Hour Claims Reporting    1.800.282.1446

A1501 (07-10)